■ SONNY GALE, Appellant, v LIFFEY VAN LINES, Respondent. [703 NYS2d 717] —Appeal from order, Supreme Court, New York County (Jane Solomon, J.), entered December 14, 1998, which denied an application to stay enforcement of a warehouseman's lien upon the movant's failure to appear in court on the return date of the application, unanimously dismissed, without costs, as taken from a nonappealable order.

No appeal lies from an order, such as this, entered on default of the aggrieved party (CPLR 5511). Concur—Rosenberger, J. P., Williams, Rubin, Saxe and Buckley, JJ.